Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

for the

____3____ District of _____

_____ Division

Joshua Anthony Jones
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Please See Attached
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  1:23-CV-1967
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes   ☐ No

**FILED**
HARRISBURG, PA

NOV 29 2023

PER _____
DEPUTY CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Joshua Anthony Jones
-V-
Department of Defense,
Central Intelligence Agency,
Office of Secretary of Defense, and Joint Chiefs of Staff,
Jeff Bezos.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Joshua Anthony Jones
Address: 17 Pleasant ST
City: New Oxford  State: PA  Zip Code: 17350
County: Adams
Telephone Number: 6672989551
E-Mail Address: whiteoak752@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Central Intelligence Agency
Job or Title (if known):
Address: 1000 Colonial Farm RD
City: Langley  State: VA  Zip Code: 22101
County: Fairfax
Telephone Number: 703 482 9500
E-Mail Address (if known):

☐ Individual capacity  ☒ Official capacity

**Defendant No. 2**
Name: Department of Defense
Job or Title (if known):
Address: 4000 Defense Blvd
City: Washington DC  State:  Zip Code: 20301
County:
Telephone Number: 703 545 6700
E-Mail Address (if known):

☐ Individual capacity  ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
  Name: Office of Secretary of Defense/Joint Staff
  Job or Title (if known):
  Address: 1000 Pentagon
  City: Washington DC   State:   Zip Code: 20301-1000
  County:
  Telephone Number: 703 545 6700
  E-Mail Address (if known):

  ☐ Individual capacity   ☑ Official capacity

Defendant No. 4
  Name: Jeff Bezos
  Job or Title (if known): Amazon Chairman of the Board
  Address: 410 Terry Ave N.
  City: Seattle   State: WA   Zip Code: 98101
  County: King
  Telephone Number:
  E-Mail Address (if known): Jeff@amazon.com

  ☑ Individual capacity   ☐ Official capacity

III.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against (check all that apply):

  ☑ Federal officials (a *Bivens* claim)

  ☐ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

1st Amendment, 4th Amendment, 4th Amendment, 9th Amendment, 13th Amendment section 1, 14th Amendment Section 1

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

PLease See Attatched

III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

I Am putting the Primary Resident As of Date due to the extent and duration of these claims

17 Pleasant St, New oxford, PA 17350

B. What date and approximate time did the events giving rise to your claim(s) occur?

I Am putting what I believe to be the start of these events claimed to the best of my knowledge as this is is actively happening the end date will be today's present date.

10/2010   11/6/2023

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

PLease See Attatched

Section II Part D

Title 47 chapter 13 usc,  50 U.S. Code § 47a, Section 1091 of Title 18 Title 45 Part 46 Sections 101-124, 10 USC 980,
Section 2340A of Title 18, United States Code, 18 USC 1030,18 USC 1001, 116 S984 IS, 28 USC 4101, 18 USC 245, 941 18 U.S.C 1341, 1341, 1349, , 18 USC Chapter 96, Title 18 Chapter 57 of Pennsylvania Wiretapping laws,. 45 CFR 46, 7 CFR Part 1(C), 10 CFR Part 745, 14 CFR Part 1230 15 CFR Part 27, 16 CFR Part 1028, 22 CFR Part 225, 24 CFR Part 219, 34 CFR Part 97, 38 CFR Part 16, 40 CFR Part 26, 45 CFR Part 46, 45 CFR Part 690, 49 CFR Part 11, 56 FR 28003, 50 USC 401-403, 45 CFR Part 160 subparts A and E Part 164, Title 47, 45 CFR 160.103 Paragraph (2) (IV) 45 CFR part 170,  29 CFR 1606.8,  1st Amendment, 4th Amendment, 8th Amendment, 9th Amendment, 13 Amendment Section 1, 14th Amendment Section 1.

To the best of my knowledge these, are the laws liable by the defendant(s), as some of these statutes involve entire chapters of the law, but more will come forth in a court of law, and discovery before the court from Freedom of Information Act requests.

Part III Section C

During the time period stated above I had Neural nanotechnology within my body, without my consent. This technology is apart of the Centeral Intelligence Agency, National Security Agency, and DARPA'S, N3 Program, during this time period with this technology, it's micro and superconductors were electronically sending and receiving information. Audio, visual, and otherwise. Using painful high pitched frequencies.

At the times I was employed with these employers I was paid less then signed on for, or less than others for relative duties with these facilities. Treated very differently, subpar or as if mentally incapable. Defamation of character, slander, and possibly liable at these places of employment, due to the N3 Program. I was unable to use electronic devices, proficient with my knowledge and skills. This technology has the ability to, manipulate one's gentles, my functions as a man, have been less than, desired, do to this technology and events.

I was blocked or unable, to get gainful employment. Coerced, to be unable to get proper medical assistance, for medical issues, as well as having money deducted from bank account without my consent.

I was also unable to use electronic devices, to enroll in college, to enrich, and better my education, due to Wiretapping and wire fraud.

My private information was passed around, from my personal and home activities, at my work place. HIPPA laws were violated, regardless of true or false claims.

The neural nanotechnology used can be very painful, and unwilling, and unwittingly uncomfortable, in the manner it was used. I did not consent to its use, nor do I want to be apart of its us with me. I had to stop all operations of my business, and close my LLC. As Chief Executive Officer, and Owner.

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have been unable to verify with 100% certainty of any medical diagnosis's, because I have not the financial means. I have been able to Aquire Legal Representation or Assistance due to defamatory statements, cyberbullying by public odeprivate persons. I am uncertain of any neurological damage from this neural nanotechnology, I am unaware of any psychological Ramifications Because of the duration of these Illegal Experimentations, & Social Isolation I have been forced to live. I also havent had a opportunity to recieve basic medical care or Assistance such as See A Dentist or A family doctor or Get surgery for Severe hemorrhoids, or Get basic care for my severe eczema.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Please see Attatched

Section 4 Relife

Actual and Punitive Damages

Because I had to stop my business operations, do to these events.

Business damages:

Estimated income, and investment:
$125,000K/yearly x 5
Chief Executive Officer pay:
$80,000/yearlyx5
Being hindered from Actual experienced pay:
$26.50/hr x5
401k retirement, and other retirement contributions:
$10,000/yearlyx5
Hemorrhoid Surgery:
$5,361x5
Dental work:
$2,500x5

Neuropsychologist, Neurologist, and psychiatrist this number is based in the 24/7, period this all happened in the State of Pennsylvania, and hourly rate:
Neuropsychologist: $146/hr, Unknown as this is currently happening hours of incidents x5

Neurologist: $136/hr, Unknown as this is currently happening hours of incidents x5

Psychiatrist: $142/hr, Unknown as this is currently happening hours of incidents x5

Damages for Constitutional rights and civil rights violations for the expressed time period that I have knowledge of from the Dates of 10/2010- to Present, and criminally liable after because of continuous damage:

$2.5 Billion Dollars, from negligent parties , 2.5 percent shares of any business or corporation that took part in my illegal human experimentation, or infringement of my civil liberties and Constitutional rights.

The reason for this valuation or estimate, is because of blatant disregard for the law, and obvious criminal negligence after so many years by a person of opulent privilege to take advantage of a United States citizen, to conduct an unlawful human experimentation on them,

with the intention of irreparable harm not only to myself but the democracy of the United States of America. As well as the federal government not observing Constitutional law or Civil Law.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/29/2023

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Joshua Anthony Jones

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
         City _____  State _____  Zip Code _____
Telephone Number: _____
E-mail Address: _____